RPW/dat     07-2023

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MARCO GOMEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:07-cv-01858 |
| | ) |
| TOMA TOMOV, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR JUDGMENT PURSUANT TO RULE 68**

Plaintiff, MARCO GOMEZ, by and through his attorneys, CLIFFORD LAW OFFICES P.C., moves this Honorable Court to enter judgment pursuant to Rule 68, and in support thereof, states as follows:

1.     That on January 28, 2011, Defendant made an Offer of Judgment pursuant to Rule 68 (see Exhibit A attached).

2.     On February 7, 2011, Plaintiff accepted Defendant's Offer of Judgment in the amount of $125,000.00 and provided the offer, the acceptance and the Bill of Costs in the amount of $11,245.43 to the Clerk pursuant to Rule 68 (see Exhibit B attached).

WHEREFORE, Plaintiff, MARCO GOMEZ, moves this Honorable Court for the entry of judgment in favor of the Plaintiff, MARCO GOMEZ, and against the Defendant, TOMA TOMOV,

in the amount of $125,000.00 plus recoverable costs accrued to date in the amount $11,245.43 for a total judgment amount of $136,245.43.

                              By: s/Robert P. Walsh
                                  One of the Attorneys for Plaintiff

Robert P. Walsh
Craig J. Squillace
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street, Suite 3100
Chicago, Illinois 60602
(312) 899-9090